**Order entered May 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00778-CV

### D. REGINALD STOVER, JACE HARKEY, ROBERT H. HOLMES AND THE HOLMES LAW FIRM, INC., Appellants

### V.

### ADM MILLING CO., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13400**

## ORDER

Before the Court is the April 22, 2019 motion for leave to file supplement to the motion for en banc rehearing of Robert H. Homes and the Holmes Law Firm, Inc. We **GRANT** the motion and **ORDER** the supplement to the motion for en banc rehearing of Robert H. Homes and the Holmes Law Firm, Inc. filed as of the date of this order.

/s/  ROBERT D. BURNS, III
      CHIEF JUSTICE